

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of N.S., a child,

    * From the 326th District Court
      of Taylor County
      Trial Court No. 9055-CX.

No. 11-19-00186-CV

    * October 31, 2019

    * Per Curiam Memorandum Opinion
      (Panel consists of: Bailey, C.J.,
      Stretcher, J., and Wright, S.C.J.,
      sitting by assignment)
      (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.